FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

MAY 12 2008

JAMES N. HATTEN, Clerk
By: /s/ Sewell Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CEDRIC GOGGINS, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| LT. REYNOLDS, | : | CIVIL ACTION NO. |
| SGT. MARSHALL, | : | 1:08-CV-0904-TWT |
| D.O. DORSEY, | : | |
| Defendants. | : | |

### ORDER and OPINION

This action is before the Court on Plaintiff's letter/motion that seeks to be sent to a federal pretrial detention center. (Doc. No. 5.) That letter/motion contains no certificate of service. (Id.) This Court previously advised Plaintiff that it would disregard any submission that was not properly filed with a certificate of service. (Doc. No. 4.)

Accordingly, Plaintiff's letter/motion to be sent to a federal pretrial detention center (Doc. No. 5) is **DENIED**.

**IT IS SO ORDERED**, this 9 day of May, 2008.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE